**Opinion issued October 8, 2015**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-15-00756-CV

_____

## IN RE LAWRENCE EDWARD THOMPSON, Relator

---

**Original Proceeding on Petition for Writ of Mandamus**

---

### MEMORANDUM OPINION

Relator, Lawrence Edward Thompson, has petitioned this court for a writ of mandamus, requesting that we compel the trial court to rule on his motion for physical examination under Rule 204 of the Texas Rules of Civil Procedure.[*] Relator subsequently filed a motion requesting voluntary dismissal of his petition,

---

[*] The underlying case is *Lawrence Edward Thompson v. Harris County Sheriff Adrian Garcia, and Unknown Employees of Harris County*, cause number 2014-64063, pending in the 295th District Court of Harris County, Texas, the Honorable Caroline Baker presiding.

stating that the trial court has ruled on his motion. Accordingly, we grant the motion and dismiss the petition for writ of mandamus.

**PER CURIAM**

Panel consists of Justices Keyes, Massengale, and Lloyd.